UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JOSEPH CURRAN,

                             Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------------------ X

For Online Publication Only

**ORDER**
17-CV-5712 (JMA)

**FILED
CLERK**
7/19/2018 1:23 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

    Plaintiff filed the complaint on 10/3/2017. The parties are directed to adhere to the following procedure, which the Eastern District of New York Board of Judges has adopted for expediting the disposition of Social Security cases:

    1. Plaintiff, pro se, is granted leave to proceed in forma pauperis. The Clerk of Court is directed to forward copies of Plaintiff's Complaint and this Order to the United States Marshal for the Eastern District of New York for service on Defendant, without prepayment of fees.

    2. Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall file the record by the date set forth below, unless an extension is granted by order of the Court for good cause. If Defendant is unable to file the record by that date, then the Court should be notified in writing by that date. Such notification should include a request for an extension, which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

    3. Defendant shall file the administrative record, which will constitute Defendant's answer, or otherwise move against the complaint by October 16, 2018.

    4. Defendant shall file and serve a motion for judgment on the pleadings, which must contain a full recitation of the relevant facts and administrative record, by December 17, 2018; Plaintiff shall file and serve a response to Defendant's motion, and any cross-motion, by February 18, 2019; and Defendant shall file and serve its reply, if any, by March 11, 2019.

    The clerk of this Court is respectfully requested to send a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Date: July 19, 2018
Central Islip, New York

                      /s/ (JMA)
                      Joan M. Azrack
                      United States District Judge